IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01127-BNB

JAMES H. HARRELL,

    Plaintiff,

v.

DEPUTY WUNDERLICH,
NURSE JAMES,
NURSE COZY,
PATRICK J. SULLIVAN FACILITY, and
P.J.S. MEDICAL STAFF,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff James H. Harrell is confined at the Arapahoe County Detention Facility in Centennial, Colorado. Mr. Harrell initiated this action by filing *pro se* a Prisoner Complaint. On October 17, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Harrell to file an amended complaint that clarifies who he is suing and in which he alleges specific facts that demonstrate how each named Defendant personally participated in the asserted constitutional violations. Mr. Harrell was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Harrell has failed within the time allowed to file an amended complaint and he has failed to respond to Magistrate Judge Boland's October 17 order in any way. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to file an amended complaint as directed.

DATED at Denver, Colorado, this 11 day of Dec., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01127-BNB

James H. Harrell
Prisoner No. 06-0364
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/13/07

                                  GREGORY C. LANGHAM, CLERK

                                  By: _____
                                          Deputy Clerk